**DISMISS and Opinion Filed November 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00955-CV**

**IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Garcia

Relators' September 23, 2022 petition for writ of mandamus challenges the trial court's order denying their motion to strike real party in interest's intervention in the underlying suit. Before the Court is relators' November 8, 2022 unopposed motion to dismiss this original proceeding. In their motion, relators advise us that the original proceeding is moot because the parties have entered into a binding settlement agreement.

We grant the motion, and we dismiss this original proceeding.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220955F.P05